5/26/26  4:34PM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **JOSE** <br> First name <br><br> **ANDRES** <br> Middle name <br><br> **LOPEZ** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2615** | |

5/26/26 4:34PM

Debtor 1    **JOSE ANDRES LOPEZ**                                              Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |
| **5.** **Where you live** | **1016 Jessica Ave** <br> **Las Vegas, NV 89104** <br> Number, Street, City, State & ZIP Code <br><br> **Clark** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) <br><br> _____ | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) <br><br> _____ |

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 2

5/26/26  4:34PM

Debtor 1   **JOSE ANDRES LOPEZ** _____   Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | | Relationship to you | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |
| | Debtor | | | Relationship to you | |
| | District | | When | Case number, if known | |

**11.  Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐    No. Go to line 12.

☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

5/26/26 4:34PM

Debtor 1    **JOSE ANDRES LOPEZ**

Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 4

5/26/26  4:34PM

Debtor 1    **JOSE ANDRES LOPEZ**                                                                  Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---------|-------------------------------------------------------------------|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

5/26/26  4:34PM

Debtor 1    **JOSE ANDRES LOPEZ**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐  More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ JOSE ANDRES LOPEZ**
_____                    _____
**JOSE ANDRES LOPEZ**                                              Signature of Debtor 2
Signature of Debtor 1

Executed on    **May 26, 2026**                                    Executed on    _____
              MM / DD / YYYY                                                      MM / DD / YYYY

5/26/26  4:34PM

Debtor 1    **JOSE ANDRES LOPEZ**                                                  Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Seth D Ballstaedt, Esq.**                          Date    **May 26, 2026**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Seth D Ballstaedt, Esq.**
Printed name

**Fair Fee Legal Services**
Firm name

**8751 W Charleston Blvd #230**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 715-0000**          Email address    **help@bkvegas.com**

**11516 NV**
Bar number & State

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

JOSE ANDRES LOPEZ
1016 Jessica Ave
Las Vegas, NV 89104

Seth D Ballstaedt, Esq.
Fair Fee Legal Services
8751 W Charleston Blvd #230
Las Vegas, NV 89117

Aargon Agency Inc
Acct No xxxxxx0990
Attn: Bankruptcy
8668 Spring Mountain Rd, Suite 110
Las Vegas, NV 89117

Acima Credit
Acct No xxx7076
13907 Minuteman Dr 5th Floor
Draper, UT 84020

Acima Credit
Acct No xxx2452
13907 Minuteman Dr 5th Floor
Draper, UT 84020

Affirm, Inc.
Acct No xxxx3KBK
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Acct No xxxx3WOO
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Acct No xxxxDSF5
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Acct No xxxxU401
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

American First Finance
Acct No xxxxxxxxxxx0003
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356

American First Finance
Acct No xxxxxxxxxxx0004
Attn: Bankruptcy
P.O. Box 565848
Dallas, TX 75356

Aspire Credit Card
Acct No xxxxxxxxxxxx7153
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Aspire Credit Card
Acct No xxxxxxxxxxxx4862
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Avant/WebBank
Acct No xxxxx9262
222 North Lasalle Street
Suite 1600
Chicago, IL 60601

Bank of Missouri
Acct No xxxxxxxxxxxx1188
Attn: Bankruptcy
Po Box 309
Perryville, MO 63775

Barclays Bank Delaware
Acct No xxxxxxxxxxx8635
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Best Alliance
Acct No x6017
16133 Ventura Blvd. Ste. 700
Encino, CA 91436

Bridgecrest Acceptance Corp
Acct No xxxxxxxx9501
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072

Bridgecrest Acceptance Corp
Acct No xxxxxxxx9202
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072

```
Bridgecrest Acceptance Corp
Acct No xxxxxxxx4801
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072

Bridgecrest Acceptance Corp
Acct No xxxxxxxx6501
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072

Bridgecrest Acceptance Corp
Acct No xxxxxxxx9601
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072

Bridgecrest Acceptance Corp
Acct No xxxxxxxx9101
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072

Capital One
Acct No xxxxxxxxxxxx5076
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxx0084
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx0520
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx3704
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx3244
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
```

```
Capital One Auto Finance
Acct No xxxxxxxxxxxx1001
Capital One Auto Finance, Attn: Bankrupt
7933 Preston Rd
Plano, TX 75024

Capital One Auto Finance
Acct No xxxxxxxxxxxx1001
Capital One Auto Finance, Attn: Bankrupt
7933 Preston Rd
Plano, TX 75024

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Concora Credit
Acct No xxxxxxxxxxxx7022
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Continental Finance Co
Acct No xxxxxxxxxxxx5781
Attn: Bankruptcy
Po.Box 3220
Buffalo, NY 12420

Continental Finance Co
Acct No xxxxxxxxxxxx8820
Attn: Bankruptcy
Po.Box 3220
Buffalo, NY 12420

Continental Finance Co
Acct No xxxxxxxxxxxx4250
Attn: Bankruptcy
Po.Box 3220
Buffalo, NY 12420

Continental Finance Company
Acct No xxxxxxxxxxxx3774
Attn: Bankruptcy
4550 New Linden Hill Rd
Wilmington, DE 19808
```

Continental Finance Company
Acct No xxxxxxxxxxx6564
Attn: Bankruptcy
4550 New Linden Hill Rd
Wilmington, DE 19808

Credit One Bank
Acct No xxxxxxxxxxx8902
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Cws/cw Nexus
Acct No xxxxxxxxxxx1998
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Dept Of Education/neln
Acct No xxxxxxxxxx3324
Po Box 82561
Lincoln, NE 68501

Dept Of Education/neln
Acct No xxxxxxxxxx9724
Po Box 82561
Lincoln, NE 68501

Dept Of Education/neln
Acct No xxxxxxxxxx3224
Po Box 82561
Lincoln, NE 68501

Dept. of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Discovercard
Acct No xxxxxxxxxxx9638
Po Box 30939
Salt Lake City, UT 84130

Fair Collections & Outsourcing
Acct No xxx6454
Attn: Bankruptcy
14400 Sweitzer Ln #235
Laurel, MD 20707

Fingerhut Fetti/Webbank
Acct No xxxxxxxxxxx4445
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First Digital Card
Acct No xxxxxxxxxxx1159
Attn: Bankruptcy
Po Box 85650
Sioux Falls, SD 57118

First Premier Bank
Acct No xxxxxxxxxxxx7300

Fortiva
Acct No xxxxxxxxxxxx7693
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Franchise Tax Board
Bankruptcy Section, MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Fst Premier
Acct No xxxxxxxxxxxx6783
Attn: Bankruptcy
601 S Minnesota Ave
Sioux Falls, SD 57104

Genesis FS Card Services
Acct No xxxxxxxxxxxx0046
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Imagine Credit
Acct No xxxxxxxxxxxx3401
Attn: Account ServicesBankruptcy
Po Box 105824
Atlanta, GA 30348

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Macy's/ DSNB
Acct No xxxxxxxx9120
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Michael and Elizabeth Ealey
2619 Canto Rompeolas
San Clemente, CA 92673

```
Mobiloans, LLC
Acct No xxxxxxx1075
Attn: Bankruptcy
Po Box 1409
Marksville, LA 71351

Nevada Department of Taxation
Bankruptcy Section
700 E. Warm Springs Rd. Ste 200
Las Vegas, NV 89119

Portfolio Recovery Associates, LLC
Acct No xxxxxxxxxxxxxxx2002
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

REVVI
Acct No xxxxxxxxxxxx6782
Attn: Bankruptcy
Po Box 85800
Sioux Falls, SD 57118

Santander Bank
Acct No xxxxxxxxxxxxx1000
Santander Consumer USA Inc., Attn: Bankr
P.O. Box 961245
Fort Worth, TX 76161

Santander Bank
Acct No xxxxxxxxxxxxx1000
Santander Consumer USA Inc., Attn: Bankr
P.O. Box 961245
Fort Worth, TX 76161

Social Security Administration
Office of the General Counsel
Office of Program Litigation Attn: Bankr
6401 Security Boulevard
Baltimore, MD 21235

Social Security Administration
Office of the General Counsel
Office of Program Litigation Attn: Bankr
6401 Security Boulevard
Baltimore, MD 21235

Sparrow Fncl
Acct No xxxxxxxxxxx0085
Sparrow, Attn: Bankruptcy
9450 Sw Gemini Dr. #87446
Beaverton, OR 97008
```

```
Systems & Services Technologies, Inc.
Acct No xxxx7533
Attn: Bankruptcy
4315 Pickett Road
Saint Joseph, MO 64503

Tbom/cci Mc
Acct No xxxxxxxxxxx4346
The Bank of Missouri, Attn: Bankruptcy
906 N. Kingshighway
Perryville, MO 63775

Total Visa/tbom/vt
Acct No xxxxxxxxxxx8451
Po Box 84930
Sioux Falls, SD 57118

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

United States Attorney's Office
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Utility Selfreported
Acct No xxxxxxxxxxxxxxxxxxxxxxxxxxDE09
Po Box 4500
Allen, TX 75013

Vive Financial
Acct No xxx6180
Attn Bankruptcy
Po Box 708670
Sandy,, UT 84070

Volkswagen Credit, Inc
Acct No xxxxx6053
Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048

Volkswagen Credit, Inc
Acct No xxxxx5976
Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048
```