United States Bankruptcy Court

District of Nevada

In re:

JOSE ANDRES LOPEZ

Debtor

Case No. 26-13304-abl

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: 309I | Total Noticed: 73 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JOSE ANDRES LOPEZ, 1016 JESSICA AVE, LAS VEGAS, NV 89104-1522 |
| 12975035 | + | Best Alliance, Acct No x6017, 16133 Ventura Blvd. Ste. 700, Encino, CA 91436-2406 |
| 12975075 | + | Michael and Elizabeth Ealey, 2619 Canto Rompeolas, San Clemente, CA 92673-6419 |
| 12975086 | + | Tbom/cci Mc, Acct No xxxxxxxxxxxx4346, The Bank of Missouri, Attn: Bankruptcy, 906 N. Kingshighway, Perryville, MO 63775-1204 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@bkvegas.com | May 28 2026 01:15:00 | SETH D BALLSTAEDT, BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE, 8751 W CHARLESTON BLVD SUITE 230, LAS VEGAS, NV 89117 |
| tr | + | Email/Text: ebn@lasvegas13.com | May 28 2026 01:16:00 | RICK A. YARNALL, 701 BRIDGER AVE., #820, LAS VEGAS, NV 89101-8943 |
| 12975021 | + | EDI: AARGON.COM | May 28 2026 05:04:00 | Aargon Agency Inc, Acct No xxxxxx0990, Attn: Bankruptcy, 8668 Spring Mountain Rd, Suite 110, Las Vegas, NV 89117-4119 |
| 12975023 | + | Email/Text: bankruptcy@acima.com | May 28 2026 01:16:00 | Acima Credit, Acct No xxx2452, 13907 Minuteman Dr 5th Floor, Draper, UT 84020-9869 |
| 12975022 | + | Email/Text: bankruptcy@acima.com | May 28 2026 01:16:00 | Acima Credit, Acct No xxx7076, 13907 Minuteman Dr 5th Floor, Draper, UT 84020-9869 |
| 12975024 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 28 2026 01:23:40 | Affirm, Inc., Acct No xxxx3KBK, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 12975025 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 28 2026 01:23:49 | Affirm, Inc., Acct No xxxx3WOO, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 12975026 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 28 2026 01:23:49 | Affirm, Inc., Acct No xxxxDSF5, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 12975027 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 28 2026 01:23:49 | Affirm, Inc., Acct No xxxxU401, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 12975028 | + | EDI: JCAFF | May 28 2026 05:04:00 | American First Finance, Acct No xxxxxxxxxxxx0003, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 12975029 | + | EDI: JCAFF | May 28 2026 05:04:00 | American First Finance, Acct No xxxxxxxxxxxx0004, Attn: Bankruptcy, P.O. Box 565848, Dallas, TX 75356-5848 |
| 12975031 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 28 2026 01:15:00 | Aspire Credit Card, Acct No xxxxxxxxxxxx4862, |

District/off: 0978-2 — User: admin — Page 2 of 5
Date Rcvd: May 27, 2026 — Form ID: 309I — Total Noticed: 73

|  |  |  |  |
|---|---|---|---|
|  |  |  | Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 12975030 | + Email/Text: Atlanticus@ebn.phinsolutions.com | May 28 2026 01:15:00 | Aspire Credit Card, Acct No xxxxxxxxxxxx7153, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 12975032 | + Email/Text: bk@avant.com | May 28 2026 01:17:00 | Avant/WebBank, Acct No xxxxx9262, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 12975033 | + Email/Text: nlorenz@bankofmissouri.com | May 28 2026 01:16:00 | Bank of Missouri, Acct No xxxxxxxxxxxx1188, Attn: Bankruptcy, Po Box 309, Perryville, MO 63775-0309 |
| 12975034 | + EDI: TSYS2 | May 28 2026 05:04:00 | Barclays Bank Delaware, Acct No xxxxxxxxxxx8635, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 12975038 | + Email/Text: rm-bknotices@bridgecrest.com | May 28 2026 01:16:00 | Bridgecrest Acceptance Corp, Acct No xxxxxxxx4801, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 12975039 | + Email/Text: rm-bknotices@bridgecrest.com | May 28 2026 01:16:00 | Bridgecrest Acceptance Corp, Acct No xxxxxxxx6501, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 12975041 | + Email/Text: rm-bknotices@bridgecrest.com | May 28 2026 01:16:00 | Bridgecrest Acceptance Corp, Acct No xxxxxxxx9101, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 12975036 | + Email/Text: rm-bknotices@bridgecrest.com | May 28 2026 01:17:00 | Bridgecrest Acceptance Corp, Acct No xxxxxxxx9501, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 12975040 | + Email/Text: rm-bknotices@bridgecrest.com | May 28 2026 01:17:00 | Bridgecrest Acceptance Corp, Acct No xxxxxxxx9601, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 12975037 | + Email/Text: rm-bknotices@bridgecrest.com | May 28 2026 01:16:00 | Bridgecrest Acceptance Corp, Acct No xxxxxxxx9202, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 12975054 | Email/Text: cfcbackoffice@contfinco.com | May 28 2026 01:16:00 | Continental Finance Co, Acct No xxxxxxxxxxxx4250, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 12975052 | Email/Text: cfcbackoffice@contfinco.com | May 28 2026 01:16:00 | Continental Finance Co, Acct No xxxxxxxxxxxx5781, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 12975053 | Email/Text: cfcbackoffice@contfinco.com | May 28 2026 01:16:00 | Continental Finance Co, Acct No xxxxxxxxxxxx8820, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 12975055 | Email/Text: cfcbackoffice@contfinco.com | May 28 2026 01:16:00 | Continental Finance Company, Acct No xxxxxxxxxxxx3774, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 12975056 | Email/Text: cfcbackoffice@contfinco.com | May 28 2026 01:16:00 | Continental Finance Company, Acct No xxxxxxxxxxxx6564, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 12975043 | + EDI: CAPITALONE.COM | May 28 2026 05:04:00 | Capital One, Acct No xxxxxxxx0084, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12975044 | + EDI: CAPITALONE.COM | May 28 2026 05:04:00 | Capital One, Acct No xxxxxxxxxxxx0520, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12975045 | + EDI: CAPITALONE.COM | May 28 2026 05:04:00 | Capital One, Acct No xxxxxxxxxxxxx3704, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12975046 | + EDI: CAPITALONE.COM | May 28 2026 05:04:00 | Capital One, Acct No xxxxxxxxxxxx3244, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT |

District/off: 0978-2 | User: admin | Page 3 of 5

Date Rcvd: May 27, 2026 | Form ID: 309I | Total Noticed: 73

| | | | |
|---|---|---|---|
| | | | 84130-0285 |
| 12975042 | + EDI: CAPITALONE.COM | May 28 2026 05:04:00 | Capital One, Acct No xxxxxxxxxxxx5076, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12975047 | + EDI: CAPONEAUTO.COM | May 28 2026 05:04:00 | Capital One Auto Finance, Acct No xxxxxxxxxxxxx1001, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12975049 | Email/Text: AOBusOfc@clarkcountynv.gov | May 28 2026 01:16:00 | Clark County Assessor, c/o Bankruptcy Clerk, 500 S Grand Central Pkwy, Box 551401, Las Vegas, NV 89155-1401 |
| 12975050 | Email/Text: Trbank@clarkcountynv.gov | May 28 2026 01:16:00 | Clark County Treasurer, c/o Bankruptcy Clerk, 500 S Grand Central Pkwy, Box 551220, Las Vegas, NV 89155-1220 |
| 12975051 | + EDI: PHINGENESIS | May 28 2026 05:04:00 | Concora Credit, Acct No xxxxxxxxxxxx7022, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 12975057 | + Email/PDF: creditonebknotifications@resurgent.com | May 28 2026 01:23:29 | Credit One Bank, Acct No xxxxxxxxxxxx8902, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12975058 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2026 01:23:38 | Cws/cw Nexus, Acct No xxxxxxxxxxxx1998, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 12975074 | EDI: CITICORP | May 28 2026 05:04:00 | Macy's/ DSNB, Acct No xxxxxxxx9120, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 12975061 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 28 2026 01:16:00 | Dept Of Education/neln, Acct No xxxxxxxxxxxx3224, Po Box 82561, Lincoln, NE 68501-2561 |
| 12975059 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 28 2026 01:16:00 | Dept Of Education/neln, Acct No xxxxxxxxxxxx3324, Po Box 82561, Lincoln, NE 68501-2561 |
| 12975060 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 28 2026 01:16:00 | Dept Of Education/neln, Acct No xxxxxxxxxxxx9724, Po Box 82561, Lincoln, NE 68501-2561 |
| 12975063 | + EDI: DISCOVER | May 28 2026 05:04:00 | Discovercard, Acct No xxxxxxxxxxxx9638, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 12975064 | + Email/Text: bankruptcy@fco.com | May 28 2026 01:16:00 | Fair Collections & Outsourcing, Acct No xxx6454, Attn: Bankruptcy, 14400 Sweitzer Ln #235, Laurel, MD 20707-3006 |
| 12975065 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2026 01:23:38 | Fingerhut Fetti/Webbank, Acct No xxxxxxxxxxxx4445, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 12975066 | ^ MEBN | May 28 2026 01:12:34 | First Digital Card, Acct No xxxxxxxxxxxxx1159, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 12975068 | + Email/Text: Atlanticus@ebn.phinsolutions.com | May 28 2026 01:15:00 | Fortiva, Acct No xxxxxxxxxxxxx7693, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 12975069 | EDI: CALTAX.COM | May 28 2026 05:04:00 | Franchise Tax Board, Bankruptcy Section, MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 12975070 | + EDI: AMINFOFP.COM | May 28 2026 05:04:00 | Fst Premier, Acct No xxxxxxxxxxxx6783, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 12975071 | + EDI: PHINGENESIS | May 28 2026 05:04:00 | Genesis FS Card Services, Acct No xxxxxxxxxxxx0046, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

District/off: 0978-2 | User: admin | Page 4 of 5
Date Rcvd: May 27, 2026 | Form ID: 309I | Total Noticed: 73

| | | | |
|---|---|---|---|
| 12975072 | + Email/Text: bankruptcy@webbank.com | May 28 2026 01:15:00 | Imagine Credit, Acct No xxxxxxxxxxxx3401, Attn: Account ServicesBankruptcy, Po Box 105824, Atlanta, GA 30348-5824 |
| 12975073 | EDI: IRS.COM | May 28 2026 05:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12975076 | Email/Text: bankruptcy@mobiloans.com | May 28 2026 01:15:00 | Mobiloans, LLC, Acct No xxxxxxx1075, Attn: Bankruptcy, Po Box 1409, Marksville, LA 71351 |
| 12975079 | Email/Text: connectcommunications@mrvbanks.com | May 28 2026 01:16:00 | REVVI, Acct No xxxxxxxxxxxx6782, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 12975062 | EDI: NEVDETR | May 28 2026 05:04:00 | Dept. of Employment, Training and Rehab, Employment Security Division, 500 East Third Street, Carson City, NV 89713 |
| 12975077 | + Email/Text: tax-bankruptcy@tax.state.nv.us | May 28 2026 01:16:00 | Nevada Department of Taxation, Bankruptcy Section, 700 E. Warm Springs Rd. Ste 200, Las Vegas, NV 89119-4311 |
| 12975078 | EDI: PRA.COM | May 28 2026 05:04:00 | Portfolio Recovery Associates, LLC, Acct No xxxxxxxxxxxxxxx2002, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 12975084 | Email/Text: bankruptcy.notices@sparrowcard.com | May 28 2026 01:16:00 | Sparrow Fncl, Acct No xxxxxxxxxxxx0085, Sparrow, Attn: Bankruptcy, 9450 Sw Gemini Dr. #87446, Beaverton, OR 97008 |
| 12975080 | + Email/Text: enotifications@santanderconsumerusa.com | May 28 2026 01:16:00 | Santander Bank, Acct No xxxxxxxxxxxxx1000, Santander Consumer USA Inc., Attn: Bankr, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 12975082 | + Email/Text: ssa.bankruptcy@ssa.gov | May 28 2026 01:16:00 | Social Security Administration, Office of the General Counsel, Office of Program Litigation Attn: Bankr, 6401 Security Boulevard, Baltimore, MD 21235-0001 |
| 12975085 | + Email/Text: bankruptcysst@alorica.com | May 28 2026 01:15:00 | Systems & Services Technologies, Inc., Acct No xxxx7533, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 12975087 | + EDI: TCISOLUTIONS.COM | May 28 2026 05:04:00 | Total Visa/tbom/vt, Acct No xxxxxxxxxxxx8451, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 12975088 | + Email/Text: bankruptcynotices@sba.gov | May 28 2026 01:16:00 | U.S. Small Business Administration, Office of General Counsel, 312 N. Spring St., 5th Floor, Los Angeles, CA 90012 |
| 12975089 | + Email/Text: usanv.ecf-bk@usdoj.gov | May 28 2026 01:16:00 | United States Attorney's Office, ATTN: Civil Process Clerk, 501 Las Vegas Blvd. South, Suite 1100, Las Vegas, NV 89101-6521 |
| 12975090 | + Email/Text: USTPRegion17.LV.ECF@usdoj.gov | May 28 2026 01:16:00 | United States Trustee, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |
| 12975091 | ^ MEBN | May 28 2026 01:12:18 | Utility Selfreported, Acct No xxxxxxxxxxxxxxxxxxxxxxxxxDE09, Po Box 4500, Allen, TX 75013-1311 |
| 12975092 | Email/Text: bankruptcynotices@vivecard.com | May 28 2026 01:15:00 | Vive Financial, Acct No xxx6180, Attn Bankruptcy, Po Box 708670, Sandy,, UT 84070 |
| 12975094 | + EDI: G2RSVOLKSWGN | May 28 2026 05:04:00 | Volkswagen Credit, Inc, Acct No xxxxx5976, Attn: Bankruptcy, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |
| 12975093 | + EDI: G2RSVOLKSWGN | May 28 2026 05:04:00 | Volkswagen Credit, Inc, Acct No xxxxx6053, Attn: Bankruptcy, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |

TOTAL: 69

District/off: 0978-2

User: admin

Page 5 of 5

Date Rcvd: May 27, 2026

Form ID: 309I

Total Noticed: 73

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12975067 | | First Premier Bank, Acct No xxxxxxxxxxxx7300 |
| 12975048 | \*+ | Capital One Auto Finance, Acct No xxxxxxxxxxxxx1001, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12975081 | \*+ | Santander Bank, Acct No xxxxxxxxxxxxx1000, Santander Consumer USA Inc., Attn: Bankr, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 12975083 | \*+ | Social Security Administration, Office of the General Counsel, Office of Program Litigation Attn: Bankr, 6401 Security Boulevard, Baltimore, MD 21235-0001 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                    Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **JOSE ANDRES LOPEZ** <br> First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–2615 <br> EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  District of Nevada | | Date case filed for chapter:          13      5/26/26 |
| Case number:   26–13304–abl | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | JOSE ANDRES LOPEZ | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1016 JESSICA AVE <br> LAS VEGAS, NV 89104 | |
| 4. | **Debtor's attorney** <br> Name and address | SETH D BALLSTAEDT <br> BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LEGAL SERVICES <br> 8751 W CHARLESTON BLVD SUITE 230 <br> LAS VEGAS, NV 89117 | Contact phone 702–715–0000 <br><br> Email:  help@bkvegas.com |
| 5. | **Bankruptcy trustee** <br> Name and address | RICK A. YARNALL <br> 701 BRIDGER AVE., #820 <br> LAS VEGAS, NV 89101 | Contact phone (702) 853–4500 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South <br> Las Vegas, NV 89101 | Office Hours 9:00 AM – 4:00 PM <br><br> Contact phone (702) 527–7000 <br><br> Date: 5/26/26 |

**For more information, see page 2**

Debtor **JOSE ANDRES LOPEZ**                                                                 Case number **26–13304–abl**

| 8. **Meeting of creditors** | **July 7, 2026** at **11:00 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 485 410 7510, and Passcode 7535012885, OR call 1 725 237 1947** |

**For additional meeting information go to https://www.justice.gov/ust/moc**

| 9. **Deadlines** | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 9/8/26** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br><br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/4/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/23/26** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |